```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

KINGDOM OF GOD, ET AL.                             CIVIL ACTION

Versus                                             NO.: 12-649

SEAN D. ALFORTISH, ET AL.                          SECTION: "F"

## ORDER

Before the Court is the plaintiffs' motion for a change of venue. The plaintiffs filed this lawsuit on March 9, 2012. None of the defendants in this case have made an appearance.

Accordingly, IT IS ORDERED: the plaintiffs' motion for a change of venue is DENIED without prejudice, and may be raised at a later time, once the defendants have appeared in the case.

New Orleans, Louisiana, March 19, 2012.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE